UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 07-233 (PAM)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| PLAINTIFF, ) | |
| v. ) | PRELIMINARY ORDER |
| ) | OF FORFEITURE |
| STEPHEN DOUGLAS FREEMAN, ) | |
| ) | |
| DEFENDANT. ) | |

Based on the United States' motion for a Preliminary Order of Forfeiture; on the plea agreement entered into between the United States and defendant Stephen Douglas Freeman; on the Court having found that certain property is subject to forfeiture pursuant to 17 U.S.C. § 506(b), and pursuant to 18 U.S.C. § 981(a)(1)(C), in conjunction with 28 U.S.C. 2461(c); and on the Court's determination that, based on the defendant's guilty plea and based on all of the files and records of this proceeding, the government has established the requisite nexus between certain property and the offenses of which the defendant has been found guilty,

IT IS HEREBY ORDERED that:

1. Plaintiff's motion for a preliminary order of forfeiture is GRANTED;

2. Defendant Stephen Douglas Freeman shall forfeit to the United States, pursuant to 17 U.S.C. § 506(b), in conjunction with 28 U.S.C. § 2461(c), all infringing copies or phonorecords and all implements, devices, or equipment used in the manufacture of such infringing copies or phonorecords, and pursuant to 18 U.S.C. § 981(a)(1)(C) in conjunction with 28 U.S.C. § 2461(c), all property,

real or personal, which constitutes or is traceable to the violations of 18 U.S.C. § 371 alleged in Count 1 of the Information.  The property to be forfeited includes, but is not limited to, the property itemized in Attachment A.

3. the Attorney General and/or his authorized designee may seize the property itemized in Attachment A and maintain custody and control of the property pending the entry of a Final Order of Forfeiture;

4. the United States shall, pursuant to 21 U.S.C. § 853(n), as incorporated by 28 U.S.C. § 2461(c), publish and give notice of this Order and its intent to dispose of the property itemized in Attachment A in such manner as the Attorney General may direct;

5. pursuant to Fed.R.Crim.P. 32.2(b)(3), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing, and shall be made a part of the sentence and included in the judgment;

6. following the Court's disposition of all petitions filed pursuant to 21 U.S.C. § 853(n)(2) or, if no petitions are filed, following the expiration of the time period specified within which to file such petitions, the United States shall have clear title to the property itemized in Attachment A and may warrant good title to any subsequent purchaser or transferee;

7.  this Court shall retain jurisdiction to enforce this Order, and to amend it as necessary pursuant to Fed.R.Crim.P. 32.2(e) to forfeit any subsequently discovered directly forfeitable or substitute property, and to dispose of any third-party claims.

Dated: November 21, 2007

<span style="margin-left:3em">s/ Paul A. Magnuson<br>PAUL A. MAGNUSON, Judge<br>United States District Court</span>